UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE

CIVIL ACTION NO. 2004 SEP 21 P 3:42

U.S. DISTRICT COURT
DISTRICT OF MASSS.

04-12035-NMG

* * * * * * * * * * * * * * * * *
JO-ANN SOARES,            *
                          *
      Plaintiff,          *
                          *
v.                        *
                          *
TRUSTMARK INSURANCE COMPANY, *
                          *
      Defendant           *
* * * * * * * * * * * * * * * * *

## CERTIFICATE OF NOTICE OF REMOVAL

I, Stephen A. Roach, hereby declare that I am the attorney in this action for Defendant Trustmark Insurance Company ("Trustmark") and, acting on Trustmark's behalf, I have this day notified the Plaintiff in this action that a Notice of Removal of the action from the District Court Department of the Trial Court of the Commonwealth of Massachusetts, New Bedford Division, was filed on September 21, 2004 in the United States District Court for the District of Massachusetts, said notification being by first class mail, postage prepaid, to the Plaintiff's lawyer, Thomas P. Crotty, Esq. and Lawrence D. Hunt, Esq., Perry, Hicks, Crotty & Deshaies, LLP, 388 County Street, New Bedford, MA 02740. I further declare that I have this day mailed by Federal Express mail, postage prepaid, a copy of said Notice of Removal to the Clerk of the New Bedford District Court for filing in accordance with Title 28 U.S.C. §1446(d)

Pursuant to 28 U.S.C. §1746, I declare under the

penalties of perjury that the foregoing is true and correct.

Executed this 21st day of September, 2004.

*[signature]*
Stephen A. Roach, BBO#542138
ROACH & WISE, LLP
31 State Street
Boston, MA  02109-2705
(617) 723-2800

ATTORNEY FOR DEFENDANT
TRUSTMARK INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I, Stephen A. Roach, Attorney for the Defendant Trustmark Insurance Company, hereby certify that on September 21, 2004, I served the within document by causing a copy of same to be mailed to the attorney for the Plaintiff by first class mail.

*[signature]*
Stephen A. Roach