## PERRY, HICKS, CROTTY AND DESHAIES, LLP

ATTORNEYS AT LAW
388 COUNTY STREET
NEW BEDFORD, MASSACHUSETTS 02740-4909

DANIEL G. PERRY
THOMAS P. CROTTY
MARC R. DESHAIES
_____
BLAIR S. BAILEY
LAWRENCE D. HUNT
ELLYN H. HURD
AMY S. MELLO*

*ALSO ADMITTED IN R.I.

TELEPHONE
(508) 996-8291

TELECOPIER
(508) 997-2637

LEONARD E. PERRY
(1965-1999)

EDWARD D. HICKS
(1965-2002)

E-MAIL: info@perryhicks.net
www.perryhicks.net

October 27, 2004

Stephen A. Roach, Esquire
Roach & Wise, LLP
31 State Street
Boston, MA 02109-2705

Re: Jo-Ann Soares vs. Trustmark Insurance Company
U.S. District Court Civil Action No. 04-12035-NMG

Dear Attorney Roach:

This is to confirm our agreement pursuant to our telephone conversation today to extend the date for the Plaintiff to file her answer to the Defendant's counterclaims until December 1, 2004. Please contact me with any questions or concerns.

Very truly yours,

Lawrence D. Hunt

LDH/sc

cc: Civil Clerk's Office
Jo-Ann Soares
Thomas P. Crotty, Esquire