ROACH & WISE LLP
Attorneys at Law
31 State Street
Boston, Massachusetts 02109-2705

Telephone 617-723-2800
Facsimile 617-723-4313
www.roachwise.com

**BY FACSIMILE**
December 17, 2004

Craig J. Nicewicz
Deputy Clerk
Civil Clerk's Office
United States District Court
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Boston, MA 02210

RE:  Jo-Ann Soares v. Trustmark Insurance Company
     U.S. District Court Civil Action No. 04-12035-NMG

Dear Mr. Nicewicz:

I have received the *Notice of Scheduling Conference* to be held on Thursday, February 10, 2005 in the above matter. I will be away in Hawaii for my honeymoon at that time. Therefore, I am requesting to reschedule the conference. The following are dates that both the plaintiff's counsel, Thomas P. Crotty, and myself are available:

March 1, 2005
March 2, 2005
March 3, 2005
March 4, 2005
March 7, 2005 (morning only)
March 8, 2005 (afternoon only) and
March 9, 2005

Please contact me to let me know if any of the above dates are open to reschedule the conference.

Thank you for your attention to this matter.