**ROACH & WISE LLP**
Attorneys at Law
31 State Street
Boston, Massachusetts 02109-2705

Telephone 617-723-2800
Facsimile 617-723-4313
www.roachwise.com

Stephen A. Roach
roach@roachwise.com

FILED
IN CLERKS OFFICE
2005 FEB -1  P 12: 33
U.S. DISTRICT COURT
DISTRICT OF MASS

Jan. 28, 2005

Ms. Maryellen Molloy
Judge Gertner's Courtroom Clerk
United States District Court
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Boston, MA 02210

RE:   Jo-Ann Soares v. Trustmark Insurance Company
      U.S. District Court Civil Action No. 04-12035-NMG

Dear Ms. Molloy:

This is to advise you that the parties have settled the above case. Accordingly, the parties will not be appearing for the Scheduling Conference on Thursday, February 10, 2005. If, of course, the Court still wishes to have the parties appear, please let us know.

The parties are still in the process of processing the settlement documents and will file a Stipulation of Dismissal with Prejudice in the near future. I respectfully ask, therefore, for the Court to issue a 60 day nisi order. Thank you.

Very truly yours,

Stephen A. Roach

cc:   Thomas P. Crotty, Esq.
      Trustmark Insurance Company