FILED
UNITED STATES DISTRICT COURT CLERKS OFFICE
FOR THE
DISTRICT OF MASSACHUSETTS FEB 25 ⊃ 3: 18

CIVIL ACTION NO. 04-12035-NMG
DISTRICT OF MASS

|  |  |
|---|---|
| JO-ANN SOARES, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| TRUSTMARK INSURANCE COMPANY, | ) ) |
| Defendant | ) ) ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Now come the Plaintiff, Jo-Ann Soares, and the Defendant, Trustmark Insurance

Company, and, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate that the above matter is

dismissed with prejudice and without interest, costs, disbursements or attorneys' fees to any

party.

All rights of appeal are hereby waived.

DEFENDANT,
TRUSTMARK INSURANCE COMPANY,
By its attorney,

Stephen A. Roach, BBO No. 542138
ROACH & WISE, LLP
31 State Street
Boston, MA 02109-2705
(617) 723-1800
February 23
Dated: ~~January~~ , 2005

PLAINTIFF,
JO-ANN SOARES,
By her attorney,

Thomas P. Crotty, BBO No. 106800
Lawrence D. Hunt, BBO No. 643821
Perry, Hicks, Crotty & Desharies, LLP
388 County Street
New Bedford, MA 02740
(508) 996-8291
February 17, 2005